UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**
LAURIE RIDGELL, Debtor
8712 Lochdale St
Dearborn Heights, MI   48127
SSN: XXX-XX-4313

CHAPTER 13
CASE NO: 25-45939
JUDGE PAUL R. HAGE

## TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF SYNOVUS BANK, PACER CLAIM #4

NOW COMES, the Chapter 13 Trustee, Tammy L. Terry, pursuant to 11 U.S.C. Section 704(5) and Federal Rule of Bankruptcy procedure 3007 and hereby objects to the Proof of Claim by **SYNOVUS BANK**, PACER Claim #**4** for the following reasons:

1. The debtor filed for Chapter 13 relief on **June 10, 2025**.    This matter was confirmed on **September 05, 2025**.

2. On or about **June 23, 2025**, **SYNOVUS BANK**, PACER Claim #**4** filed an unsecured proof of claim in the amount of **$334.19** bearing account number **8048**.

3. The proof of claim is a duplication of a proof of claim filed on **June 17, 2025** in the amount of **$334.19** by **SYNOVUS BANK,** PACER claim #**3** which bears the same account number: **8048.**

4. As such, the Trustee is unable to administer these proceedings.

WHEREFORE, the Chapter 13 Trustee requests this Honorable Court disallow the proof of claim for **SYNOVUS BANK**, PACER Claim #**4** in the amount of **$334.19** filed on **June 23, 2025**.

September 30, 2025

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
TAMMY L. TERRY, Chapter 13 Trustee
/S/ MARILYN R. SOMERS-KANTZER (P52488)

KIMBERLY SHORTER-SIEBERT (P49608)
MARILYN R. SOMERS-KANTZER (P52488)
535 Griswold Street, Suite 2100
Detroit, MI   48226
(313) 967-9857
mieb_ecfadmin@det13.net

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| **IN THE MATTER OF:**<br>LAURIE RIDGELL, Debtor<br>8712 Lochdale St<br>Dearborn Heights, MI   48127<br>SSN: XXX-XX-4313 | CHAPTER 13<br>CASE NO: 25-45939<br>JUDGE PAUL R. HAGE |

### ORDER GRANTING TRUSTEE'S OBJECTION TO PROOF OF CLAIM
### SYNOVUS BANK, PACER CLAIM # 4

      The Trustee's Objection to the allowance of the Proof of Claim by **SYNOVUS BANK**, PACER CLAIM # **4** and service having been with a notice of hearing allowing a thirty (30) day notice pursuant to Bankruptcy Rule 3007, that more than seven (7) days before the hearing date on Trustee's objection have elapsed and no written response to the Trustee's Objection have been timely filed and served; that pursuant to E.D. Mich. L.B.R. 3007-1(c) this Court may deem that the creditor consents to the relief requested in the objection;

      **IT IS HEREBY ORDERED THAT:**
The objection to the Proof of Claim filed by the Chapter 13 Standing Trustee is hereby granted. To the extent that the Chapter 13 Standing Trustee has previously made disbursements to such creditor, the Trustee shall not be obligated to recoup same.

      **IT IS FURTHER ORDERED** that the claim of **SYNOVUS BANK**, PACER CLAIM #**4** filed on or about **June 23, 2025** shall be disallowed.

EXHIBIT 1

Form B20A (Official Form 20A) 12/1/10

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| **IN THE MATTER OF:**<br>LAURIE RIDGELL, Debtor<br>8712 Lochdale St<br>Dearborn Heights, MI   48127<br>SSN: XXX-XX-4313 | CHAPTER 13<br>CASE NO: 25-45939<br>JUDGE PAUL R. HAGE |

## NOTICE OF OBJECTION TO
## SYNOVUS BANK, PACER CLAIM #4

The Chapter 13 Standing Trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or disallowed.**   You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before   **(SEVEN (7) DAYS PRIOR TO HEARING)**, YOU OR YOUR LAWYER MUST:

1. File with the court a written response to the objection, explaining your position, at:
    **U.S. Bankruptcy Court, 211 W. Fort Street Detroit, MI 48226**

    If you mail your response to the Court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.   All attorneys are required to file pleadings electronically.

You must also mail a copy to:
**LAURIE RIDGELL, 8712 LOCHDALE ST, DEARBORN HEIGHTS, MI   48127**
ACCLAIM LEGAL SERVICES, PLLC, 8900 E 13 MILE RD, WARREN, MI   48093
**TAMMY L. TERRY, 535 Griswold Street, Suite 2100, Detroit, MI   48226**
SYNOVUS BANK, 2700   S LORRAINE PLACE, SIOUX FALLS, SD   57106
**SYNOVUS BANK, 2700   S LORRAINE PLACE, SIOUX FALLS, SD   57106**

2. A telephonic hearing on this objection is scheduled for: **Thursday, November 20, 2025**   at **10:00 AM Courtroom 1925;** unless your attendance is excused by mutual agreement between yourself and the objector's attorney.   (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received.   A pre-trial scheduling order may be issued as a result of the pre-trial conference.)   **If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

| | |
|---|---|
| September 30, 2025 | OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT<br>TAMMY L. TERRY, Chapter 13 Trustee<br>/S/ MARILYN R. SOMERS-KANTZER (P52488) |
| | KIMBERLY SHORTER-SIEBERT (P49608)<br>MARILYN R. SOMERS-KANTZER (P52488)<br>535 Griswold Street, Suite 2100<br>Detroit, MI   48226<br>(313) 967-9857<br>mieb_ecfadmin@det13.net |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:**<br>LAURIE RIDGELL, Debtor<br>8712 Lochdale St<br>Dearborn Heights, MI   48127<br>SSN: XXX-XX-4313 | CHAPTER 13<br>CASE NO: 25-45939<br>JUDGE PAUL R. HAGE |

**CERTIFICATE OF SERVICE**

I hereby certify that on 09/30/2025, I served the following paper(s):

**TRUSTEE'S OBJECTION TO PROOF OF CLAIM TO SYNOVUS BANK, PACER Claim #4** and **NOTICE OF OBJECTION TO CLAIM**

on the following parties at these addresses via USPS mail:

**LAURIE RIDGELL**
**8712 LOCHDALE ST**
**DEARBORN HEIGHTS, MI   48127**


**SYNOVUS BANK**
**2700   S LORRAINE PLACE**
**SIOUX FALLS, SD   57106**

**SYNOVUS BANK**
**2700   S LORRAINE PLACE**
**SIOUX FALLS, SD   57106**

And served electronically via ECF to following:

**ACCLAIM LEGAL SERVICES, PLLC**
**8900 E 13 MILE RD**
**WARREN, MI   48093**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT

/S/ LATOYA ETHRIDGE (LA)
_____
Chapter 13 Standing Trustee Clerk
535 Griswold Street, Suite 2100
Detroit, MI   48226
(313) 967-9857
mieb_ecfadmin@det13.net